No. 165. ROSENTHAL *v.* UNITED STATES, *ante,* p. 845. Petition for rehearing denied. MR. JUSTICE WHITE took no part in the consideration or decision of this petition.

No. 494. BROTHERHOOD OF RAILROAD TRAINMEN ET AL. *v.* LOUISVILLE & NASHVILLE RAILROAD Co., *ante,* p. 934. Petition for rehearing denied. MR. JUSTICE BLACK is of the opinion that the petition for rehearing should be granted.

JANUARY 22, 1965.

No. 611. LOMENZO, SECRETARY OF STATE OF NEW YORK, ET AL. *v.* WMCA, INC., ET AL. Appeal from the United States District Court for the Southern District of New York. Dismissed pursuant to Rule 60 of the Rules of this Court. *Louis J. Lefkowitz,* Attorney General of New York, *Paxton Blair,* Solicitor General, *Samuel A. Hirshowitz,* First Assistant Attorney General, *Mathias L. Spiegel,* Special Assistant Attorney General, and *Daniel M. Cohen* and *Barry Mahoney,* Assistant Attorneys General, for appellants. *Leonard B. Sand, Max Gross, Leo A. Larkin, Jack B. Weinstein* and *Robert B. McKay* for appellees.

JANUARY 25, 1965.

No. 688. KRISTOVICH, PUBLIC ADMINISTRATOR *v.* SHU TONG NG. On petition for writ of certiorari to the District Court of Appeal of California, Second Appellate District. The Solicitor General is invited to file a brief expressing the views of the United States.

No. 430, Misc. COLLIGAN *v.* ROSETTI, PROPERTY CLERK, NEW YORK COUNTY, ET AL. Motion for leave to file petition for writ of certiorari denied. Petitioner *pro se. Leo A. Larkin* for respondents.